IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ALLIANCE FOR THE WILD ROCKIES, NATIVE ECOSYSTEMS COUNCIL, and COUNCIL ON FISH & WILDLIFE,<br><br>    Plaintiffs,<br><br>    v.<br><br>DALE OLSON, Madison District Ranger, Beaverhead-Deerlodge National Forest; COREY LEWELLEN, Acting Forest Supervisor, Beaverhead-Deerlodge National Forest; KRISTIN BAIL, Acting Regional Forester, U.S. Forest Service Northern Region; U.S. FOREST SERVICE; U.S. FISH & WILDLIFE SERVICE,<br><br>    Defendants. | CV 25-49-M-KLD<br><br>ORDER |

    As discussed with the parties during today's status conference,

    IT IS ORDERED that Defendants shall have five business days from the date that the Forest Service issues a final decision on the Greenhorn Project within which to notify the Court of the agency's final decision.

    IT IS FURTHER ORDERED that Plaintiffs shall have 14 days from the date

Defendants file their notice within which to file an Amended Complaint.

DATED this 5th day of January, 2026.

_____
Kathleen L. DeSoto
United States Magistrate Judge