IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

|  |  |
|---|---|
| ALLIANCE FOR THE WILD ROCKIES, et al.,<br><br>                    Plaintiffs,<br><br>    vs.<br><br>DANIEL MCKEAGUE, Acting Deputy Regional Forester, U.S. Forest Service Northern Region, et al.,<br><br>                    Defendants. | CV 25–49–M–KLD<br><br><br><br>ORDER |

Defendants[1] have filed a motion to modify the Court's July 27, 2026 preliminary injunction order. (Doc. 42). In that order, the Court enjoined Defendants from implementing the Greenhorn Vegetation Project ("Project") until this case has reached a decision on the merits. (Doc 39 at 19-20). Defendants now seek leave to conduct otherwise enjoined "activities necessary for the orderly shutdown of the [Project] and non-commercial vegetation treatments." (Doc. 43 at 2).

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), the current public officers are substituted for their predecessors as named Defendants.

1

Specifically, Defendants request leave for the United States Forest Service and DS Jr. Trucking to perform: (1) "erosion control, road maintenance and route closures;" (2) "the skidding decking, and hauling of already felled timber" in several enumerated units; and (3) "prescribed burning or slashing" in several enumerated units. (Doc. 43 at 4). Defendants state that Plaintiffs oppose most but not all of these activities.

> Plaintiffs do not oppose modification of the Order to permit activities related to erosion control, road maintenance (not including new road construction), and route closures/barricades, but they oppose the skidding, decking, and hauling of already felled timber and the continuation of non-commercial treatments.

(Doc. 43 at 4 n. 2). Defendants further state that the activities necessary for the shutdown of the Project are time sensitive. (Doc. 42 at 2 n. 2). Accordingly,

IT IS ORDERED that the injunction on the Project is MODIFIED to permit necessary erosion control, road maintenance (not including new road construction), and route closures/barricades, consistent with Defendants' motion.

IT IS FURTHER ORDERED that Plaintiffs' response to Defendants' motion, addressing the issues of already felled timber and non-commercial treatments, shall be due by 12:00 p.m. on August 17, 2026.

IT IS FURTHER ORDERED that a hearing on Defendants' motion is set for

9:00 a.m. on August 19, 2026. The hearing will be held via Zoom. The Clerk of Court will notify counsel via e-mail of the meeting ID and password in advance of the hearing. **Zoom Guidance and Setup available at:**

**https://www.mtd.uscourts.gov/zoom-hearings**.

DATED this 13th day of August, 2026.

_____
Kathleen L. DeSoto
United States Magistrate Judge