IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ALLIANCE FOR THE WILD ROCKIES, et al.,<br>Plaintiffs,<br><br>vs.<br><br>DANIEL MCKEAGUE, Acting Deputy Regional Forester, U.S. Forest Service Northern Region, et al.,<br><br>Defendants. | CV 25–49–M–KLD<br><br>ORDER |

In light of the upcoming hearing on Defendants' motion to modify the preliminary injunction in this matter, Defendants should be prepared to display visually on a map, or otherwise demonstrate to the Court, the locations of the units where they seek leave to perform project activities, including timber harvest and prescribed burns.

In addition, both parties should be prepared to discuss at the hearing any information that speaks to the presence of grizzly bears in or around the units

//

//

where Defendants seek leave to perform project activities, including timber harvest and prescribed burns.

DATED this 18th day of August, 2026.

Kathleen L. DeSoto
United States Magistrate Judge